**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**LISA COOLEY**                                                                     **PLAINTIFF**

**v.**                              **Case No. 2:15-cv-00020-KGB**

**FRED'S STORES OF TENNESSEE, INC.**                              **DEFENDANT**

<u>**JUDGMENT**</u>

This matter came for trial by jury on the 21st day of March, 2016.  Plaintiff Lisa Cooley

appeared through her attorney Shannon D. Elsea.  Defendant Fred's Stores of Tennessee, Inc.

appeared through its attorney Richard D. Underwood.  All parties announced ready for trial.  A

jury of twelve was selected and sworn.

On March 21, 2016, the jury returned a verdict as follows:

<u>**VERDICT**</u>

1.        Do you find from a preponderance of the evidence that there was negligence on

the part of Defendant Fred's Stores of Tennessee, Inc.?

ANSWER:  <u>   NO          </u>
(Yes or No)

/s/ <u>James Pearson</u>
FOREPESON

<u>March 21, 2016</u>
DATE

**NOTE:**        If your answer to Question Number 1 is "No," then stop here and return
the verdict form to the Court Security Officer.  If your answer to Question
Number 1 is "Yes," then proceed to Question Number 2.

2.      Do you find from a preponderance of the evidence that there was negligence on the part of Plaintiff Lisa Cooley?

ANSWER: _____
(Yes or No)

/s/ _____
FOREPESON

_____
DATE

**NOTE:**      If you answered both Question Number 1 and 2 above "Yes," then proceed to Question Number 3.  If you answered Question Number 1 "Yes" but Question Number 2 "No," do not answer Question Number 3 but proceed to Question Number 4.

3.      Using 100% to represent the total responsibility for the occurrence and any injuries or damages resulting from it, apportion the responsibility between the parties whom you have found to be responsible.

ANSWER:

Fred's Stores Of Tennessee, Inc.      _____%

Lisa Cooley                          _____%

/s/ _____
FOREPESON

_____
DATE

**NOTE:**      If you answered Question Number 1 "Yes," you must answer Question Number 4.

2

4.      Do you find from a preponderance of the evidence that Plaintiff Lisa Cooley suffered damages proximately caused by the negligence of Fred's Stores of Tennessee, Inc.?

ANSWER: _____

(Yes or No)

/s/ _____

FOREPESON

_____

DATE

**NOTE:**      If you answered Question Number 4 "Yes," you must answer Question Number 5.  If you answered Question Number 4 "No," then stop here and return the verdict form to the Court Security Officer.

5.      State the amount of damages you are awarding Lisa Cooley, if any, without regard to the apportionment of fault in Question Number 3.

ANSWER: $_____

/s/ _____

FOREPESON

_____

DATE

Judgment is therefore entered in favor of defendant Fred's Stores of Tennessee, Inc. and against plaintiff Lisa Cooley.  The relief requested is denied.

Dated this the 22nd day of March, 2016.

_Kristine G. Baker_

_____

Kristine G. Baker
United States District Judge